

Federal Communications Commission
Washington, D.C. 20554

September 16, 2024

**<u>BY ELECTRONIC FILING</u>**

Maria R. Hamilton, Clerk of Court
United States Court of Appeals
for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Suite 2500
Boston, MA 02210

    RE: *Direct Action for Rights and Equality v. FCC & USA*, No. 24-1814

Dear Ms. Hamilton:

    In accordance with Panel Rule 25.3 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Federal Communications Commission hereby notifies the Court that on September 16, 2024, the Commission electronically filed a Notice of Multicircuit Petitions for Review (copy attached) with the Judicial Panel on Multidistrict Litigation.

                                         Respectfully submitted,

                                         /s/ Jacob M. Lewis

                                         Jacob M. Lewis
                                         Deputy General Counsel

cc: Counsel of Record