# United States Court of Appeals
## For the First Circuit

---

No. 24-8028

In Re: MCP 191

---

No. 24-1814

DIRECT ACTION FOR RIGHTS AND EQUALITY,

Petitioner,

v.

FEDERAL COMMUNICATIONS COMMISSION; UNITED STATES,

Respondents.

---

**ORDER OF COURT**

Entered: October 3, 2024
Pursuant to 1st Cir. R. 27.0(d)

    Petitioner Direct Action for Rights and Equality seeks review of a report and order of the Federal Communications Commission released July 22, 2024, captioned "In the Matter of Incarcerated People's Communications Services: Implementation of the Martha Wright-Reed Act; Rates for Interstate Inmate Calling Services," WC Dockets Nos. 23-62 and 12-375, FCC 24-75. The petition is described as a "protective" petition for review of the full order, triggered by the August 26, 2024, publication of part of the order. However, it appears this court may not have jurisdiction over a petition challenging an agency order before the publication date. See Western Union Telegraph Co. v. Federal Communications Commission, 773 F.2d 375 (D.C. Cir. 1985) (finding that a petition filed before publication was incurably premature); Council Tree Commc'ns, Inc. v. Federal Communications Commission, 503 F.3d 284, 291 (3d Cir. 2007) ("a petition to review a rulemaking order of the FCC is incurably premature when it is filed before the rulemaking order is published in the Federal Register."). Additionally, the petition notes that petitioner is not aggrieved by the August 26, 2024, published excerpts of the order. See 28 U.S.C § 2344 ("Any party aggrieved by the final order may, within 60 days after its entry, file a petition to review the order in the court of appeals wherein venue lies.").

Accordingly, the petitioner and respondents are ordered to show cause, in writing filed by **October 17, 2024**, why this petition should not be dismissed in whole or in part.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Jessica Ring Amunson
Jacob Matthew Lewis
P. Michele Ellison
Merrick B. Garland
Robert B. Nicholson
Amy Elizabeth Potter
Aliza Kaplan
Scott H. Angstreich
Michael H. Pryor
Justin B. Berg
Jordan R. Gonzalez
Andrew Schwartzman